IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ZURICH RE (UK) LIMITED                                                                    PLAINTIFF

VS.                                       CASE NO. 4:11-cv-4122

DONN WOLF, et al                                                                         DEFENDANTS

## ORDER

Before the Court is a Stipulated Dismissal With Prejudice filed on behalf of Plaintiff Zurich Re UK Limited. (ECF No. 48). Pursuant to Federal Rule of Civil Procedure 41, Plaintiff seeks to dismiss its claims against Separate Defendants Desiree Kolbek, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez, and Pebbles Rodriguez. No objection to the dismissal has been filed by any party in this action. The Court finds this matter ripe for consideration.

Upon consideration, the Court finds that good cause for the dismissal has been shown. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff's claims against Desiree Kolbek, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez, and Pebbles Rodriguez are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 25th day of November, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge