IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ZURICH RE (UK) LIMITED                                                                    PLAINTIFF

VS.                                     CASE NO. 4:11-cv-4122

DONN WOLF, et al                                                                       DEFENDANTS

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw. (ECF No. 51). Plaintiff seeks to withdraw Adam Nagorski as its counsel of record. Plaintiff will continue to be represented in this action by its remaining attorneys of record.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Adam Nagorski is hereby relieved as attorney of record for Plaintiff. The Clerk is directed to remove Mr. Nagorski from the CM/ECF notification system for this case.

IT IS SO ORDERED, this 17th day of July, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge