IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ZURICH RE (UK) LIMITED                                                                    PLAINTIFF

VS.                              CASE NO. 4:11-cv-4122

DONN WOLF, et al                                                                         DEFENDANTS

## ORDER

Before the Court is a Stipulated Dismissal Without Prejudice filed on behalf of Plaintiff Zurich Re UK Limited and Defendants Donn Wolf, Advantage Sales, Advantage Food Group, Steve Lovellette, Sonny Brubach, and Ron Decker. (ECF No. 55). Pursuant to Federal Rule of Civil Procedure 41, the parties stipulate to the dismissal without prejudice of Plaintiff's claims against Defendants Donn Wolf, Advantage Sales, Advantage Food Group, Steve Lovellette, Sonny Brubach, and Ron Decker.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff's claims against Donn Wolf, Advantage Sales, Advantage Food Group, Steve Lovellette, Sonny Brubach, and Ron Decker are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 14th day of October, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge